UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**JOSEPH MCMAHON CORPORATION**

Debtor(s)

Chapter 7

Case No. 15-20516

# DEBTOR'S AMENDMENT TO CREDITOR MATRIX

    NOW COMES the Debtor, by and through counsel, Molleur Law Office, and amends their Chapter 7 Creditor Matrix by adding the following creditors:

Federated Financial
4171 W. Hillsboro, Blvd., Suite 8
Coconut Creek, FL 33073

Jacobs & Rozich LLC
PO Box 1952
New Haven, CT 06509-1952

    Dated: July 29, 2015        Joseph McMahon Corporation

        By: */s/Tanya Sambatakos*
           Tanya Sambatakos, Esq.
           Molleur Law Office
           419 Alfred Street
           Biddeford, Maine 04005-3747
           207-283-3777
           tanya@molleurlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**JOSEPH MCMAHON CORPORATION**

Debtor(s)

Chapter 7

Case No. 15-20516

# VERIFICATION OF
# SUPPLEMENTAL CREDITOR MATRIX

I hereby certify that the attached supplemental creditor matrix, consisting of one (1) page, includes the names and addresses of all creditors listed on Amended Creditor Matrix.

Dated: July 29, 2015                    Joseph McMahon Corporation


By: */s/Tanya Sambatakos*
    Tanya Sambatakos, Esq.
    Molleur Law Office
    419 Alfred Street
    Biddeford, Maine 04005-3747
    207-283-3777
    tanya@molleurlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**JOSEPH MCMAHON CORPORATION**

Debtor(s)

Chapter 7

Case No. 15-20516

## CERTIFICATE OF SERVICE

    I, Melissa A. Bourque, hereby certify that I am over eighteen years old and caused a true and correct copy of Amended Creditor Matrix, Verification Oath, and Notice of Filing to be served on the parties at the addresses set forth on the Service List attached hereto either electronically on July 29, 2015, or via first class U.S. Mail, postage prepaid, July 29, 2015.

Dated: July 29, 2015

Joseph McMahon Corporation

By: */s/ Melissa A. Bourque*
Melissa A. Bourque
Molleur Law Office
419 Alfred Street
Biddeford, ME 04005-3747
207-283-3777
melissa@molleurlaw.com

## SERVICE LIST

**Served electronically:**

Office of U.S. Trustee
Chapter 7 Trustee
All parties on Court ECF mailing list

**Served via U.S. Mail:**

Joseph McMahon Corporation
795 Congress St.
Portland, ME 04102

Federated Financial
4171 W. Hillsboro, Blvd., Suite 8
Coconut Creek, FL 33073

Jacobs & Rozich LLC
PO Box 1952
New Haven, CT 06509-1952

Federated Financial
4171 W. Hillsboro, Blvd., Suite 8
Coconut Creek, FL 33073

Jacobs & Rozich LLC
PO Box 1952
New Haven, CT 06509-1952