# **JOSEPH MCMAHON CORPORATION**
Action Taken By Unanimous Written
Consent of Sole Shareholders

The undersigned, being the sole shareholder of Joseph McMahon Corporation does hereby take the following action in writing:

RESOLVED:

To authorize and direct Paul Miller, as statutory agent of corporation, to cause the prosecution of Chapter 7 bankruptcy proceeding on behalf of and for the corporation, to execute all documents necessary for this purpose, and to employ legal counsel to assist the corporation. This authorization is retroactive to July 16, 2015.

Dated: July 20, 2015              */s/ Paul Miller*
                                  PAUL MILLER, Sole shareholder